**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 24-CR-00185 |
| | Judge Mary M. Rowland |
| GLORIA KILGORE | |

## MEMORANDUM OPINION AND ORDER

Defendant Gloria Kilgore ("Kilgore") moves for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). [68]. The Government opposes Kilgore's motion. [72]. For the following reasons, Kilgore's motion for compassionate release [68] is denied.

### I. Background

On March 13, 2025, Kilgore plead guilty to one count of bank robbery in violation of 18 U.S.C. § 2113(a). [72] at 2. Kilgore was later sentenced to 24 months of imprisonment. *Id*. Kilgore is currently serving her sentence at FCI Hazelton. *Id*. at 3.

On December 11, 2025, Kilgore filed a motion for compassionate release. [68]. Kilgore requests that this Court grant compassionate release due to a cancer diagnosis of her daughter. *Id*. at 2. The Government opposes the motion. [72].

### II. Analysis

The Government contends that Kilgore has not exhausted her administrative remedies. [72] at 6–7. Under the First Step Act of 2018, incarcerated defendants may

1

seek compassionate release only after exhausting all administrative rights to appeal a failure of the Bureau of Prisons ("BOP") to bring a motion on their behalf, or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier. 18 U.S.C. § 3582(c)(1)(A).

Although Kilgore claims she submitted a request for compassionate release to her warden, she does not include the date of the request, the outcome, or any supporting document related to the request[1]. [68] at 2. Without such details, Kilgore has not established that she exhausted the required administrative remedies. *United States v. Villalobos*, No. 10 CR 802-1, 2025 WL 3552387, at *2 (N.D. Ill. Dec. 11, 2025) ("An unsupported claim that a defendant exhausted administrative remedies is not sufficient.") (citing *United States* v. *Williams*, 829 F. App'x 138, 140 (7th Cir. 2020)).

### III. Conclusion

Based on the record before the Court, Kilgore's motion is subject to dismissal for failure to exhaust. Accordingly, her motion for compassionate release [68] is denied without prejudice.

E N T E R:

Dated: April 21, 2026

Mary M Rowland

MARY M. ROWLAND
United States District Judge

---

[1]The Government, moreover, maintains that the BOP was unable to locate any administrative request for compassionate release made by Kilgore. [72] at 7.

2